UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CORIZON Other Affiliate ) | |
| CORRECTIONAL MEDICAL ) | No. 1:12-cv-00159-TWP-MJD |
| SERVICES OF DELAWARE, INC., ) | |
| BRUCE LEMMON, ) | |
| A. BAKER, ) | |
| KIM DON, ) | |
| MICHAEL MITCHEFF RMD, ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Amended Complaint
and Directing Further Proceedings**

**I.**

Plaintiff Eric Smith, an inmate at the Westville Correctional Facility, alleges that Bruce Lemmon, A. Baker, Corizon, Kim Don and Michael Mitcheff, Regional Medical Director, have violated his right to constitutionally adequate medical care and/or have been negligent in providing appropriate medical care under Indiana law. He seeks money damages and injunctive relief.

The amended complaint has been screened for the purposes of 28 U.S.C. § 1915A(b) and shall proceed as submitted.

**II.**

The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(3), to issue and serve process on the defendants Bruce Lemmon, A. Baker, Kim Don and Michael Mitcheff in the manner specified by *Fed. R. Civ. P.* 4(d)(1). Process shall consist of the amended complaint and attachments [Dkt. 52] applicable forms and this Entry.

Defendant Corizon has appeared by counsel and shall have **through October 4, 2012**, in which to answer or otherwise respond to the amended complaint.

**IT IS SO ORDERED.**

Date: 09/05/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

ERIC SMITH
112675
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391

Bruce Lemmon
Indiana Department of Correction
Indiana Department of Correction
E-334, 302 West Washington Street
Indianapolis, IN 46204

A. Baker
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 500
Carlisle , IN 47838

Kim Don
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
P.O. Box 500
Carlisle , IN 47838

Michael Mitcheff
Regional Medical Director
CMS/Corizon Medical Services
3737 North Meridian Street, Suite 500
Indianapolis, IN 46208

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
Carol.bleekedilloncrandall.com